IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DR. TERRI T. SMITH                                                          PLAINTIFF

V.                                         CIVIL ACTION NO.: 2:18-CV-172-KS-MTP

UNIVERSITY OF SOUTHERN MISSISSIPPI;
DR. RODNEY D. BENNETT, PRESIDENT OF THE
UNIVERSITY OF SOUTHERN MISSISSIPPI, IN
HIS OFFICIAL CAPACITY; SARAH CASE-PRICE, IN
HER OFFICIAL CAPACITY AND INDIVIDUALLY         DEFENDANTS

## ORDER OF DISMISSAL

**THIS CAUSE**, this day having come before the Court on the ore tenus Motion of all parties to dismiss with prejudice, the Court having considered same, and being fully advised in the premises finds that said Motion is well taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case should be and is hereby dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** on this, the 30th day of November, 20__.

_____
DISTRICT COURT JUDGE

**READ AND AGREED TO:**

/s/ John M. Mooney, Jr.
John M. Mooney, Jr. (MSB#3431)
**Attorney for Dr. Terri T. Smith**

/s/ Amanda Alexander Taylor
Amanda Alexander Taylor (MSB# 101463)
**Attorney for Sarah Case-Price**

/s/ Rick D. Norton
Rick D. Norton (MSB#8741)
**Attorney for USM and Dr. Rodney Bennett**